UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| DAVID W. TAYLOR | CIVIL ACTION NO. 05-0771-A |
|---|---|
| | SECTION "P" |
| -vs- | JUDGE DRELL |
| DEPARTMENT OF JUSTICE, et al. | MAGISTRATE JUDGE KIRK |

## J U D G M E N T

For the reasons contained in the report and recommendation of the magistrate judge previously filed herein, and after a de novo review of the entire record and the written objections filed herein (entitled by petitioner as "Notice of Appeal"), and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Taylor's requests for temporary restraining order and preliminary injunction are DENIED.

SIGNED on this 20th day of June, 2005, at Alexandria, Louisiana.

Dee D. Drell
United States District Judge