U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

AUG 3 1 2005

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| DAVID W TAYLOR | CIVIL ACTION NO. 05 cv 771 |
| VERSUS | SECTION "P" |
| US DEPT. OF JUSTICE, ET AL. | JUDGE DRELL |
| | MAGISTRATE JUDGE KIRK |

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record;

**IT IS ORDERED** that plaintiff's civil rights complaint should be **DISMISSED WITHOUT PREJUDICE** for failure to exhaust administrative remedies pursuant to 42 U.S.C. § 1997e(a).

**IT IS FURTHER ORDERED** that Plaintiff's motion for appointment of counsel is **DENIED**.

**THUS DONE AND SIGNED**, in chambers, in Alexandria, Louisiana, on this 30th day of August, 2005.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE